UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. THORNTON            :
(d/b/a Baby Boomer Headquarters)  :
an individual               :
                            :   Case No.
       Plaintiff,           :
                            :
v.                          :
                            :
J JARGON CO.,               :
a Florida corporation, and  :
                            :
JEANETTE C. LINDERS,        :
an individual.              :
                            :
       Defendant.           :
_____:

**COMPRAINT**
**DEMAND FOR JURY TRIAL**

Plaintiff, JOHN J. THORNTON ("Thornton"), by and through his undersigned attorneys, brings this action for copyright infringement against J Jargon Co. ("Jargon") and JEANETTE C. LINDERS ("Linders"), and alleges as follows:

**NATURE OF ACTION**

1.   This is an action against Jargon and Linders for infringement of a registered copyright in violation of the Copyright Act, 17 U.S.C. § 501.

## JURISDICTION AND VENUE

2. This court has jurisdiction pursuant to the Copyright Act 17 U.S.C. §§ 101 *et seq.*, 28 U.S.C. § 1331 for a federal question under the laws of the United States and under 28 U.S.C. § 1338(a).

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400.

4. Upon information and belief, the conduct of the Defendants that is the subject of this action occurred, and is or may be continuing to occur, in this judicial District.

## PARTIES

5. Plaintiff Thornton is an individual with a residential address of 6910 Spencer Circle, Tampa, Florida 33610.

6. Upon information and belief, Defendant Jargon is a Florida corporation with a principal address of 200 W. Melbourne Avenue, Suite 7, Winter Park, Florida 32789.

7. On information and belief, Defendant Linders is an Officer or Director of Jargon and resides at 4902 Samoa Circle, Orlando, Florida 32808.

## BACKGROUND

8. Thornton is the owner and operator of the website entitled, "Baby Boomer Headquarters" (www.BBHQ.com), which features content of particular

interest to the Baby Boom generation (people born between the years of 1946 and 1964).

9. The BBHQ website features trivia, song lyrics, movie quizzes, contests, a weekly newsletter, a web log and bulletin board, all of which are targeted to Baby Boomers.

10. Thornton created the BBHQ website in 1997 and the site currently has more than 25,000 visitors each month.

11. "The Official Baby Boomer Qualifying Exam" (hereinafter "Baby Boomer Qualifying Exam") is one of the most popular BBHQ features. This test allows visitors to the site to gauge their level of familiarity with the pop culture unique to Baby Boomers.

12. Thornton authored the Baby Boomer Qualifying Exam in 1995 and posted it on the BBHQ website in July of 1997.

13. At all times the Baby Boomer Qualifying Exam and the BBHQ website have contained appropriate copyright notices.

14. Thornton received a copyright registration on the Baby Boomer Qualifying Exam on August 10, 2006 under TX 6-371-779 (hereinafter "Copyrighted Work").

15. Linders is the author of the musical show entitled, "Menopause the Musical" (the "Musical"). The Musical has been performed across the country

3

and throughout the world since March 28, 2001. Jargon is believed to hold all intellectual and administrative rights to the Musical.

16. The Musical is currently playing at the Tampa Bay Performing Arts Center's Jaeb Theater through September 10, 2006.

17. The program from the Musical playing at the Jaeb Theater features a "Take the Age Test." See Ex. A.

18. The "Take the Age Test" is an unauthorized reproduction of the Copyrighted Work.

19. The "Take the Age Test" was also included in the program for the Musical showing in Orlando, Florida.

20. On information and belief, innumerable other programs to the Musical have likewise featured unauthorized reproductions of the Baby Boomer Qualifying Exam under the "Take the Age Test" title, or other titles masking the source of the copyrighted material, in connection with the production of the Musical seen by millions of people around the globe.

**COUNT I - COPYRIGHT INFRINGEMENT**

21. Thornton realleges all of the allegations set forth above.

22. Thornton is the owner of and the registrant of the Copyrighted Work. The Copyrighted Work was original to Thornton and constitutes copyrightable subject matter under Title 17 of the United States Code.

23. Thornton has complied with all statutory formalities under Title 17 of the United States Code to maintain this action for copyright infringement.

24. Upon information and belief, Defendants had access to the Copyrighted Work.

25. Upon information and belief, Defendants have infringed upon the exclusive rights afforded Thornton in and to the Copyrighted Work in violation of 17 U.S.C. §§ 101 *et seq.* by, among other acts of infringement, duplicating the Copyrighted Work in programs associated with Defendants' Musical.

26. Defendants' conduct set forth herein has been without the permission, consent or license of Thornton.

27. Defendants' conduct set forth herein constitutes direct copyright infringement, contributory copyright infringement and inducement of others to commit copyright infringement.

28. Thornton has suffered damage as a result of the copyright infringement.

WHEREFORE, Plaintiff demands:

29. That Defendants, their agents, employees, servants, privies, successors and assigns, and all persons acting in concert, participation or combination with Defendants, be temporarily, preliminarily, and permanently enjoined from all acts of copyright infringement;

30. That Defendants be required to pay to Plaintiff damages in a sum to be determined at trial, including but not limited to, an accounting for all gains, profits and advantages derived by Defendants, as well as any other damages provided for under the Copyright Act;

31. That Plaintiff be awarded treble damages, reasonable attorneys' fees, and the costs and disbursements of this action;

32. That Plaintiff be awarded such other, further, and different relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Michael J. Colitz III*

William F. Hamilton
Trial Counsel
Florida Bar No. 379875
Stefan V. Stein
Florida Bar No. 300527
Michael J. Colitz, III
Florida Bar No. 164348
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500 Fax: 813/229-0134
william.hamilton@hklaw.com
stefan.stein@hklaw.com
michael.colitz@hklaw.com
ATTORNEYS FOR PLAINTIFF

# 4020435_v1