UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. THORNTON, et al.,

    Plaintiffs,

v.                              CASE No. 8:06-CV-1640-T-27TGW

J. JARGON COMPANY, et al.,

    Defendants.
_____:

## ORDER

THIS CAUSE came on to be heard upon the Defendants' Motion for Protective Order (Doc. 21), and the response thereto (Doc. 26). For the reasons stated at the hearing, it is, upon consideration

ORDERED:

That the Defendants' Motion for Protective Order (Doc. 21) be, and the same is hereby DENIED.

DONE and ORDERED at Tampa, Florida, this 16th day of April, 2007.

                                                THOMAS G. WILSON
                                      UNITED STATES MAGISTRATE JUDGE