UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. THORNTON,  :
:
:
Plaintiff,  :
:
v.  : CASE No. 8:06-CV-1640T-27TGW
:
:
J. JARGON CO.,  :
:
Defendant.  :

---

ORDER

THIS CAUSE came on for consideration upon Plaintiff's Motion to Compel Interrogatory Answers and Document Production (Doc. 40). The motion fails to comply with Local Rule 3.04(a), which states:

> A motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory...or request for production to which the motion is addressed, each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party, or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

In this motion, the plaintiff incorrectly places its reasons why the discovery requests should be granted in a legal memorandum separate from each request and objection.

It is, therefore, upon consideration

ORDERED:

That Plaintiff's Motion to Compel Interrogatory Answers and Document Production (Doc. 40) be, and the same is hereby, **DENIED without prejudice**.

DONE and ORDERED at Tampa, Florida, this 29th day of May, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE