UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. THORNTON, et al.,

    Plaintiffs,

v.                                  CASE No. 8:06-CV-1640-T-27TGW

J. JARGON COMPANY, et al.,

    Defendants.
_____:

## ORDER

THIS CAUSE came on to be heard upon the Plaintiff's Motion to Compel Interrogatory Answers and Document Production (Doc. 45), and the response thereto (Doc. 46). For the reasons stated at the hearing, it is, upon consideration

ORDERED:

That the Plaintiff's Motion to Compel Interrogatory Answers and Document Production (Doc. 45) is hereby GRANTED to the following extent:

(a) With respect to Interrogatory 1, the defendants shall state how much revenue was received at each playhouse at which a program with the Age Test was distributed.

(b) With respect to Interrogatory 3, the defendants must supplement their Supplementary Response with information back to March 28, 2001, and the defendants shall be bound by the approximations stated in the Supplemental Response in connection with any motion for summary judgment and at trial, unless the defendants provide additional data showing a lower number.

(c) With respect to Request for Production 30, the defendants shall provide documents sufficient to show the licensing expenses related to the musical for each year from 2001 for shows where a program containing the Age Test was distributed.

The defendants must provide this discovery no later than twenty-one (21) days from the date of this Order.

Further, the motion is DENIED with respect to Requests for Production 12, 13, 14, 15, 16, 17, 29, 31, 32, 35, 36, 37 and 40.

DONE and ORDERED at Tampa, Florida, this 18th day of July, 2007.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE