UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN J. THORNTON<br>(d/b/a Baby Boomer Headquarters)<br>an individual<br><br>Plaintiff,<br><br>v.<br><br>J JARGON CO., a Florida corporation<br>JEANETTE C. LINDERS, an individual; and<br>TOC PRODUCTIONS, INC., a Florida corporation.<br><br>Defendants. | Case No. 8:06-cv-01640 |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS PURSUANT TO PROTECTIVE ORDER AND LOCAL RULE 1.09**

Pursuant to M.D. L.R. 1.09(b) and the Court's Protective Order of March 26, 2007 [Dkt. 27], Plaintiff John J. Thornton ("Thornton") hereby moves to seal Exhibits E, F, and G to his concurrently filed Renewed Motion to Compel (the "Motion") [Dkt. 55]. Exhibit E contains a chart provided by Defendants during discovery which includes gross revenue and expense information and has been designated by Defendants as Attorneys Eyes Only under the Protective Order. Exhibit F contains deposition testimony, referred to in the Motion but not quoted, which Defendants have designated Attorneys Eyes Only. Exhibit G contains an unredacted copy of the letter attached to the Motion as Exhibit B. The letter in Exhibit G quoted the deposition testimony designated Attorneys Eyes Only by the Defendants. Pursuant to L.R. 1.09(b)(iii) and the Protective Order, Thornton respectfully requests that the identified documents remain under seal for the

duration of this litigation. A proposed order is submitted herewith.

**WHEREFORE**, Thornton respectfully requests entry of an Order directing the Clerk to accept and seal the following: Exhibits E, F and G to Plaintiff's Renewed Motion to Compel.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: G. Donovan Conwell, Jr., G. Wrede Kirkpatrick, Dineen Pashoukos Wasylik, Conwell, Sukhia & Kirkpatrick, P.A., 2701 N. Rocky Point Drive, Suite 1200, Tampa, FL 33607.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Defendants do not oppose this Motion to Seal.

Respectfully submitted,

/s/Woodrow H. Pollack
William F. Hamilton
Florida Bar No. 379875
Michael J. Colitz, III
Florida Bar No. 164348
Woodrow H. Pollack
Florida Bar No. 026802
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500 Fax: 813/229-0134
william.hamilton@hklaw.com
michael.colitz@hklaw.com
wodrow.pollack@hklaw.com
ATTORNEYS FOR JOHN J. THORNTON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| JOHN J. THORNTON<br>(d/b/a Baby Boomer Headquarters)<br>an individual<br><br>Plaintiff,<br><br>v.<br><br>J JARGON CO., a Florida corporation<br>JEANETTE C. LINDERS, an individual; and<br>TOC PRODUCTIONS, INC., a Florida corporation.<br><br>Defendants. | : | Case No. 8:06-cv-01640 |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SEAL EXHIBITS PURSUANT TO PROTECTIVE ORDER**

This matter came before the Court on the Plaintiff's Motion to Seal Exhibits Pursuant to Protective Order. Having considered the motion, it is hereby:

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Seal Exhibits Pursuant to Protective Order is GRANTED;

2. The Clerk is directed to accept and seal Exhibits E, F and G to Plaintiff's Renewed Motion to Compel Discovery.

Done and Ordered in Chambers at Tampa, Florida, on this the ___ day of October, 2007.

________________________________
U.S. Magistrate Judge

Copies:
Counsel of Record

# 4860583_v1