UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN J. THORNTON, et al.,

    Plaintiffs,

v.                              CASE No. 8:06-CV-1640-T-27TGW

J. JARGON COMPANY, et al.,

    Defendants.
_____:

## ORDER

THIS CAUSE came on to be heard upon the Defendants' Motion to Compel Interrogatory Answers and Document Production (Doc. 54), the Plaintiff's Renewed Motion to Compel Proper Discovery from Defendants Concerning Defendants['] Gross Revenues and Ticket Sales (Doc. 55), and the responses thereto. For the reasons stated at the hearing, it is, upon consideration

ORDERED:

1. That the Defendants' Motion to Compel Interrogatory Answers and Document Production (Doc. 54), to the extent it is not moot, is hereby DENIED.

2. That the Plaintiff's Renewed Motion to Compel Proper Discovery from Defendants Concerning Defendants['] Gross Revenues and Ticket Sales (Doc. 55) is hereby GRANTED to the following extent:

(a) With respect to Interrogatory 1, each defendant shall provide, no later than December 7, 2007, that defendant's gross revenues that are related to the shows.

(b) With respect to Interrogatory 3, the answer will be deemed to be that given by the defendants in the supplemental response on May 17, 2007 (e.g., 80%-85%), and not the subsequent numbers.

DONE and ORDERED at Tampa, Florida, this 27th day of November, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE