UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| JOHN J. THORNTON<br>(d/b/a Baby Boomer Headquarters)<br>an individual<br><br>Plaintiff,<br><br>v.<br><br>J JARGON CO., a Florida corporation<br>JEANETTE C. LINDERS, an individual; and<br>TOC PRODUCTIONS, INC., a Florida corporation.<br><br>Defendants. | : | Case No. 8:06-cv-01640 |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS PURSUANT TO PROTECTIVE ORDER AND LOCAL RULE 1.09**

Pursuant to M.D. L.R. 1.09(b) and the Court's Protective Order of March 26, 2007 [Dkt. 27], Plaintiff John J. Thornton ("Thornton") hereby moves to seal Defendants' Trial Exhibit Nos. 334, 349, 355, 356. These document have been designated as "Attorneys Eyes Only" by Defendants under the Protective Order. The exhibits are various licensing agreements between Defendants and third parties. Mr. Thornton is filing these exhibits so that they can be considered in connection with his concurrently filed Motion to Strike Documents From Defendants' Exhibit List and for the Imposition of Sanctions Under Fed. R. Civ. P. 37(B) and Memorandum of Law in Support. Pursuant to L.R. 1.09(b)(iii) and the Protective Order, Thornton respectfully requests that the identified documents remain under seal for the duration of this litigation or until the documents are otherwise introduced into evidence at trial.

**WHEREFORE**, Mr. Thornton respectfully requests entry of an Order directing the Clerk to accept and seal Defendants' Trial Exhibits 334, 349, 355, 356 in connection with his concurrently filed Motion to Strike Documents From Defendants' Exhibit List and for the

Imposition of Sanctions Under Fed. R. Civ. P. 37(B) and Memorandum of Law in Support.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Plaintiff's counsel conferred with counsel for Defendants regarding the relief requested herein. Defendants do not oppose this Motion to Seal.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: G. Donovan Conwell, Jr., G. Wrede Kirkpatrick, Dineen Pashoukos Wasylik, Conwell, Sukhia & Kirkpatrick, P.A., 2701 N. Rocky Point Drive, Suite 1200, Tampa, FL 33607. A copy of the foregoing has also been provided via First Class Mail to Mark Goldstein, Wolfe & Goldstein, P.A., 100 SE 2nd Street, Suite 3300, Miami, Florida 33131.

Respectfully submitted,

/s/Michael J. Colitz, III

William F. Hamilton
Florida Bar No. 379875
Michael J. Colitz, III
Florida Bar No. 164348
Woodrow H. Pollack
Florida Bar No. 026802
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500 Fax: 813/229-0134
william.hamilton@hklaw.com
michael.colitz@hklaw.com
wodrow.pollack@hklaw.com
ATTORNEYS FOR JOHN J. THORNTON