UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOHN J. THORNTON : <br> (d/b/a Baby Boomer Headquarters) : <br> an individual : <br> : Case No. 8:06-cv-01640 <br> Plaintiff, : <br> : <br> v. : <br> : <br> J JARGON CO., a Florida corporation : <br> JEANETTE C. LINDERS, an individual; and : <br> TOC PRODUCTIONS, INC., a Florida corporation.: <br> : <br> Defendants. : <br> _____: | |

## VERDICT FORM

Do you find that Mr. John J. Thornton has proven by a preponderance of the evidence that the Take the Age Test infringes the Baby Boomer Qualifying Exam?

YES: _____   NO: _____

If YES, what are the profits of the direct infringer(s) and the contributory infringer(s) that are attributable to the infringement?

$ _____

Do you find that J JARGON CO. is vicariously liable for such profits?

YES: _____   NO: _____

Do you find that JEANETTE C. LINDERS is vicariously liable for such profits?

YES: _____   NO: _____

Do you find that TOC PRODUCTIONS, INC. is vicariously liable for such profits?

YES: _____   NO: _____

PLEASE SIGN, DATE AND RETURN THE VERDICT FORM.

SO SAY WE ALL, THIS _____ DAY OF _____, 2008.

_____
Foreman/Forewoman

# 5134354_v4