# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOHN J. THORNTON,    .
           .

   Plaintiff,    .
           .

vs.        .  Case No. 8:06-CV-1640-T27-TGW
           .

J JARGON CO.,    .
a Florida corporation, and  .
JEANETTE C. LINDERS,  .
an individual,     .
TOC PRODUCTIONS, INC., .
a Florida corporation.   .
           .

   Defendants.   .
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | TRIAL EXHIBITS EXPECTED TO BE INTRODUCED INTO EVIDENCE | |
| 1 | 1 | | | | 8/30/07 webpage print of The Official Baby Boomer Qualifying Exam, Copyright 1995-2006. (30 questions)   Thornton Depo Ex.8 | * |
| 5 | 2 | | | | 8/30/07 webpage print of The Official Baby Boomer Qualifying Exam, Copyright 1995-2001. ( 30 questions)    Thornton Depo Ex.2 | * |
| 10 | 3 | | | | The Official Babyboomers Qualifying Exam (27 questions) with 5 introductory paragraphs (1st one begins "I recently exchanged messages with someone...") with personal info on Chicowitz. Copyright 1995.  JJT390-392  Thornton Depo Ex.28; Thornton Declaration Ex. 1 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 27 | 4 | | | | COMPOSITE: 9/20/99 Letter from J. Thornton to Library of Congress WITH attached copy of The Official Baby Boomers Qualifying. (29 questions) JJT437-440  Thornton Declaration Ex. 5 | |
| 28 | 5 | | | | COMPOSITE: 6/1/07 USCO Certificate of Registration, dated 6/1/07, of works titled The Official Baby Boomer Qualifying Exam with corrected first publication date of June 15, 1997.  Registration No. TX 6-564-642  [supplemental], provided to M. Colitz. JJT0449-JJT0450  Thornton Depo Ex.25 | |
| 32 | 6 | | | | 4/18/02 Demand Letter from Chicowitz to Jim Williams.   JJT40 Thornton Declaration Ex. 12 | |
| 30 | 7 | | | | 9/16/00 Letter from A. Forbes to Reader stating he removed the quiz. JJT292-295 Thornton Declaration Ex. 10 | |
| 40 | 8 | | | | Boilerplate for Demand Letter to Sir/Madam...  Request removal of quiz. JJT290 | H, R |
| 31 | 9 | | | | 3/20/01 Demand Letter from J. Thornton to A. Coll.   JJT11-12  Thornton Depo Ex.9; Thornton Declaration Ex. 11 | |
| 34 | 10 | | | | Demand letter - Email exchange between Hershel Chicowitz and Richard Claffee regarding the stealing of material from the BoomerSpeak Essay.  JJT5-7  Thornton Depo Ex.21; Thornton Declaration Ex. 14. | R, H |
| 48 | 11 | | | | 8/18/00 Demand Letter from Chicowitz to CoffeeroomsW3PG.  JJT291  Thornton Depo Ex.19 | |
| 46 | 12 | | | | 8/18/00 email exchange between M. Pepper and Chicowitz re ownership of material used website Coffeerooms.com. JJT16-17 | Cum |
| 29 | 13 | | | | Demand Letter.  Letter from Chicowitz to Pepper in receipt of Pepper's email dated August 18th.  JJT13-15  Thornton Depo Ex.22; Thornton Declaration Ex. 9 | |
| 35 | 14 | | | | Email exchanges between Chicowitz and L. Bumeder regarding the demand letter. JJT309-310   Thornton Declaration Ex. 15 | |

* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 101 | 15 | | | | 5/19/06 Playbill for the musical Menopause The Musical performed at Tampa Bay Performing Arts Center in Tampa, FL on 5/19/06, producer: theater. [84 pages with Age Test] DEF0469-DEF0511 Londre Depo. Ex. Def.28; Miller Depo Ex.5 | |
| 55 | 16 | | | | 6/12/06 email exchange between M. Miller and D. Akins on subject: Fwd: Program Update Info for all new Programs. DEF0983 A. Gist Depo. Ex.Plt8 | |
| 59 | 17 | | | | Letter from Linders to Chicowitz stating she does not remember where she found the "The Age Test." JJT420 Linders Depo Ex.14; Thornton Depo Ex.13; Thornton Declaration Ex. 19. | I, A |
| 60 | 18 | | | | Letter, dated 6/12, from Chicowitz to Linders stating thanks for the reply and congrats on your show. JJT421 Linders Depo Ex.15; Thornton Depo Ex.13; Thornton Declaration Ex. 20. | I, A |
| 62 | 19 | | | | Sentence "we have been googling boomer sites for four years and yours doesn't come up. We work with these sites to do cross promotions." JJT422 Linders Depo Ex.17; Thornton Depo Ex.13; Thornton Declaration Ex. 21. | R, I, A |
| 61 | 20 | | | | Chicowitz writes "We've been on the Internet for almost nine years. There are over 400 pages at BBHQ" Displays 9 boxes of Google web pages showing BBHQ when doing word search …." JJT423-427 Linders Depo Ex.16; Thornton Depo Ex.14; Thornton Declaration Ex. 22 | I, A |
| 9 | 21 | | | | 5/8/07 Website printout of BBHQ Boomer Essays: Menopause: Just for Laughs. Thornton Depo Ex.12 | |
| 186 | 22 | | | | 6/26/00 Actors' Equity Association Agreement and Rules Governing Employment Under the Midsize Theatre Agreement. Period: 6/26/00 to 6/27/04. DEF1384-1555 | |
| 187 | 23 | | | | 4/16/04 Actors' Equity Association Agreement and Rules Governing Employment Under the Midsize Theatre Agreement. Period: 4/16/04 to 4/16/05 DEF1300- DEF1383 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 167 | 24 | | | | Menopause The Musical History List - complete history list spreadsheet with column headings: US Cities Open, Theatre, Prod. Co, Opening Date, Closing Date, Run Time thru 2/1/07, Theatre Seats x # of shows, and Total Possible Seats sold. DEF1958-1959 | R |
| 166 | 25 | | | | 12/7/07 Defendants' Fifth Supplemental Responses to Plaintiff's First Set of Interrogatories | R |
| 72 | 26 | | | | Playbill for Menopause the Musical performed in Detroit at The Historical Gem & Century Theatre, producer: TOC. [8 pages with Age Test]  GEM1-8  Linders Depo Ex.8; Miller Depo Ex.2 | |
| 77 | 27 | | | | Playbill for musical performed at Darden Adventures Theatre, Orlando Science Center, Orlando, FL., producer: TOC. [16 pages  with Age Test]  DEF988-1003  Londre Depo. Ex. Def.22 | |
| 75 | 28 | | | | Playbill for the musical Menopause The Musical performed at Theater Four. (location unknown), producer: GNO, Mark Schwartz, Brent Peek.  [7 pages; no pages numbers; with Age Test]   DEF427-431  Londre Depo. Ex. Def.31 | |
| 89 | 29 | | | | Playbill of MTM at E. 14th Street Theatre, Playhouse Square Center, Cleveland, Oh. [48 pages with Age Test]  Londre Depo. Ex. Def. 14 | |
| 91 | 30 | | | | Playbill for Menopause the Musical performed at the Curtis Theatre in Brea, CA on 9/11/03, producer: Entertainment Events, Inc. and TOC.  [20 pages with Age Test]  DEF121-131  DEF0107  Londre Depo. Ex. Def.10 | |
| 106 | 31 | | | | Playbill for the musical Menopause The Musical performed at the American Heartland Theatre in Kansas City, MO on 3/24/04, producer: TOC. [66 pages with Age Test]   DEF375-407 | |
| 79 | 32 | | | | Playbill for Menopause the Musical performed in Theater 39 San Francisco, producer: TOC. [8 pages with Age Test]  DEF64-68  Londre Depo. Ex. Def.24 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 87 | 33 | | | | Playbill for the musical Menopause The Musical performed at The Grove Theatre in Upland, CA in April 2006, producer: TOC. [8 pages with Age Test]  DEF534-538  Londre Depo. Ex. Def.29 | |
| 81 | 34 | | | | Playbill for Menopause the Musical performed at the Apollo Theater in Chicago, IL., producer: YAC.  [8 pages with Age Test]  DEF162-166  Londre Depo. Ex. Def.12 | |
| 65 | 35 | | | | Playbill, Syracuse Stage, 2005 - 2006 season with age test,  [Coles depo #6] | |
| 66 | 36 | | | | Playbill, Syracuse Stage, 2005 - 2006 season with age test, 2nd printing extension [Coles depo #7] | |
| 67 | 37 | | | | Playbill for MTM at Syracuse Stage, Jun 19 – 29. [64 pages with Age Test] Londre Depo Ex Def.15 | |
| 110 | 38 | | | | Playbill, Syracuse Stage, May 27 - June 29, 2008, without age test. [Coles Depo #14] | |
| 247 | 39 | | | | 7/17/07 print of  Introduction sheet, etc for "me" magazine. Londre Depo. Ex. Def.62 | R |
| 163 | 40 | | | | 9/24/07 J. Jargon and Linders' Responses to Plaintiff's Second Set of Interrogatories | R |
| 261 | 41 | | | | Amended Verified Complaint in J. Jargon v. Entertainment Events, 7/19/04 | T, R |
| 64 | 42 | | | | Playbill, Syracuse Stage, summer 2006, with age test [Coles Depo #5] | |
| | | | | TRIAL EXHIBITS MAY BE INTRODUCED INTO EVIDENCE | | |
| 280 | 43 | | | | Demonstrative Trial Exhibit: Take the Age Test vs. Baby Boomer Qualifying Exam | |
| 281 | 44 | | | | Demonstrative Trial Exhibit: Companies of Jeannette C. Linders | |
| 282 | 45 | | | | Demonstrative Trial Exhibit: Third Party Producers of "Menopause The Musical" | |
| 283 | 46 | | | | Demonstrative Trial Exhibit: Programs Distributed With The Age Test | |
| 284 | 47 | | | | Demonstrative Trial Exhibit: Programs Distributed With The Age Test (prior to 6/12/06) | |
| 285 | 48 | | | | Demonstrative Trial Exhibit: Revenues From Performances Where The Take The Age Test was Distributed | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 286 | 49 | | | | Demonstrative Trial Exhibit: Revenues From Performances Where The Take The Age Test was Distributed (Prior to 6/12/06) | |
| 287 | 50 | | | | Demonstrative Trial Exhibit: Flash Animation Detroit #1 | |
| 288 | 51 | | | | Demonstrative Trial Exhibit: Flash Animation Detroit #2 | |
| 289 | 52 | | | | Demonstrative Trial Exhibit: Flash Animation Orlando | |
| 2 | 53 | | | | 8/31/97 Article by Chicowitz titled The Official Baby Boomer Qualifying Exam with 29 questions printed from BBHQ website. JJT432-436 | * |
| 3 | 54 | | | | Print of webpage History Report from website Wayback Machine on baby boomer qualifying exam. | T, H, A |
| 4 | 55 | | | | 8/30/07 webpage print of The Official Baby Boomer Qualifying Exam, Copyright 1997-99. (30 questions) Thornton Depo Ex.1 | * |
| 6 | 56 | | | | 8/30/07 webpage print of The Official Baby Boomer Qualifying Exam, Copyright 1997-2000. (30 questions) Thornton Depo Ex.3 | * |
| 7 | 57 | | | | 8/30/07 webpage print of The Official Baby Boomer Qualifying Exam, Copyright 1995-2007. (30 questions) Thornton Depo Ex.4 | * |
| 8 | 58 | | | | 3/9/07 Print from www.BBHQ.com/bomresay.htm of The Boomer Essays. DEF0916-DEF0921 | |
| 11 | 59 | | | | The Official Baby Boomers Qualifying "Final" Exam (30 questions) with 3 introductory paragraphs (1st one begins "Over 800 people...") with personal info on Chicowitz. Copyright 1995. JJT399-401 Thornton Declaration Ex. 2 | |
| 12 | 60 | | | | The Official Baby Boomer Qualifying "Final" Exam of 30 questions and with introductory paragraph (over 800 people have downloaded...) and with personal info on Chicowitz. Copyright, 1995. JJT379-381 Thornton Depo Ex.26 | |
| 13 | 61 | | | | The Official Baby Boomers Qualifying "Final" Exam (30 questions) with 3 introductory paragraphs (1st one begins "Over 800 people...") with personal info on Chicowitz. Copyright 1995. JJT402-404 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 14 | 62 | | | | The Official Baby Boomers Qualifying Exam (29 questions) with 5 introductory paragraphs (1st one begins "I recently exchanged messages with someone..."). Copyright.   JJT393-398 Thornton Declaration Ex. 3 | * |
| 15 | 63 | | | | "Behind the Scenes" of The Official Baby Boomer Qualifying Exams.  Article includes the 29 questions and personal info paragraph on Chicowitz.  Copyright. JJT410-415  Thornton Depo Ex.27; Thornton Declaration Ex. 4 | * |
| 16 | 64 | | | | The Official Baby Boomer Qualifying "Final" Exam Official Answers, Commentary and Bonus Questions (30 questions) with instructions.   JJT405-408 | |
| 17 | 65 | | | | The Official Baby Boomer Qualifying "Final" Exam Official Answers, Commentary and Bonus Questions (30 questions).  States "copyright"  JJT382-385 | R |
| 18 | 66 | | | | The Official Baby Boomer Qualifying "Final" Exam Official Answers to the Questions in the Answers (30 answers). Copyright.   JJT409 | R |
| 19 | 67 | | | | Official Answers to The Official BabyBoomers Qualifying Exam (27 questions) with personal data on Chicowitz. States "copyright"   JJT377-378 | R |
| 20 | 68 | | | | Official Answers to The Official BabyBoomers Qualifying Exam (27 questions) with personal info on Chicowitz.  Copyright 1995. JJT386-389 | R |
| 21 | 69 | | | | 12/14/99 The Official Baby Boomer Qualifying Exam. (30 questions)    JJT1-4 | * |
| 22 | 70 | | | | Spreadsheet itemizing payments received from Internet users obtaining answers to the quiz the period of 12/08/01 through4/23/07.  JJT329-372  Thornton Depo Ex.16 | R, C, H, S |
| 23 | 71 | | | | CD containing Thornton's Log 1 from 1997 – 2002     JJT373 | |
| 24 | 72 | | | | CD containing Thornton's Log 1 from 2003 – 2005.   JJT374 | |
| 25 | 73 | | | | CD containing Thornton's Log 1 from 2006 – 2007.  JJT375 | |
| 26 | 74 | | | | CD containing emailed quiz answers from customers.    JJT376 | R |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 33 | 75 | | | | Demand Letter from Chicowitz to members of tripod.com/Dees_page/quiz.html of the JavaScript of the exam titled Dee's Sixties Quiz.  JJT39   Thornton Declaration Ex. 13. | |
| 36 | 76 | | | | 6/6/02 email exchange between Support@supportwebsite.com and Chicowitz re Chicowitz complaint to Godaddy software.  JJT277-281 | R, A |
| 37 | 77 | | | | 3/17/04 Demand Letter, from Chicowitz to Larry Bumeder, addressing the plagiarized material hosted on web pages identified collectively as "Moe's Memorabilia" on the domain www.wtv-zone.com.  JJT0304-JJT0308   Thornton Depo Ex.20; Thornton Declaration Ex. 16 | |
| 38 | 78 | | | | Email from R. Fish to Chicowitz informs of searches on Internet resulting in sites displaying the quiz.   JJT296-303 | H |
| 39 | 79 | | | | Demand Letter from Chicowitz to Sir/Madam re removal of material. JJT283 | |
| 41 | 80 | | | | Email chain of three emails from H. Chicowitz to individuals who signed guestbooks at "rewind the fifties" - Loti.com and at "Coffeerooms: A Certain Age - www.w3pg.com.  JJT104   Thornton Depo Ex.18 | |
| 42 | 81 | | | | Messages from Chicowitz to individual who signed a guestbook at "rewind the fifties" - Loti.com and an individual who signed a guestbook at an Internet site called Coffee Rooms.    JJT282 | R |
| 43 | 82 | | | | Thank you note for prompt response from Chicowitz to S. Simmerman.   JJT86 Thornton Depo Ex.23 | H |
| 44 | 83 | | | | Compilation of quizzes and Moe's article title A Person Named "Boomer" posted on webpage "wtv-zone.com/moe/moesboomerabilia/page29.html".   JJT76-85 | |
| 45 | 84 | | | | Demand letter:  Email exchange regarding the stealing of material from the BoomerSpeak Essay.  JJT8 | R |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 47 | 85 | | | | 8/18/00 email exchange between Rob Fish and Chicowitz about finding a site that has all three quizzes on w.3pg.com/certain/trivia/index.html. JJT87-88  Thornton Depo Ex.17 | |
| 49 | 86 | | | | 8/19/00 Email exchange between R. Fish and Chicowitz about finding multiple websites displaying quiz w/o authorization. JJT89-91 | R, H, A |
| 50 | 87 | | | | 4/23/02 Automatic Email response from Lycos Abuse Support to Chicowitz re complaint.  JJT47 | R, H, A |
| 51 | 88 | | | | 6/14/02 Quizzes, trivial, humor, top 100 song list printed from Internet URL www.wtv-zone.com/moe/moesboomerabilia/page29.html.   JJT311-328 | R, H, A |
| 52 | 89 | | | | E-mail string:  first email dated 9/7/06 to Jeanie Linders from Marti Miller of Memopausethemusical.com on subject regarding the Age Test in the play program booklet.  DEF745-746  Grant Depo Ex. TOC9; Linders Depo Ex.9; Miller Depo Ex.10; Thornton Declaration Ex. 18 | |
| 53 | 90 | | | | 9/7/06 email exchange between M. Miller and J. Linders on subject: Fwd: Program Update Info for all new Programs. DEF0984-DEF0985  Grant Depo Ex.TOC8; Miller Depo Ex.10 | Cum. |
| 54 | 91 | | | | 6/12/06 email exchange between M. Miller and D. Akins on subject: Fwd: Program Update Info for all new Programs DEF0987 | |
| 56 | 92 | | | | 6/12/06 email exchange between M. Miller and D. Akins on subject: Fwd: Program Update Info for all new Programs. DEF0981-DEF0982 | Cum. |
| 57 | 93 | | | | 6/12/06 email exchange between M. Miller and D. Akins on subject: FWD: Program Update info for all new Programs. DEF0979  Linders Depo Ex.12 | Cum. |
| 58 | 94 | | | | 9/7/06 email exchange between M. Miller and J. Linders on subject: Fwd: Program Update Info for all new Programs. DEF0980  Linders Depo. Ex.13 | Cum. |
| 63 | 95 | | | | Playbill, Syracuse Stage, June 19 - July 29, 2007, TOC, with age test [Coles Depo #1] | |

Key to Objections                                     9
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 68 | 96 | | | | Playbill for MTM at the Syracuse Stage 6/19 – 7/29 / 2006 – 2007 season, producer: Theater. [64 pages with Age Test]  Londre Depo. Ex. Def.35;  Clouse Depo Ex.TOC18; Grant Depo Ex. TOC18; Linders Depo Ex.20 | |
| 69 | 97 | | | | Playbill for 2004 Menopause the Musical performed in Detroit at The Historical Gem & Century Theatre, producer: TOC. [16 pages with Age Test]  GEM22-37 | T |
| 70 | 98 | | | | Playbill for 2005 Menopause the Musical performed in Detroit at The Historical Gem & Century Theatre, producer: TOC. [16 pages with Age Test]  GEM38 | T |
| 71 | 99 | | | | Playbill for 2006 Menopause the Musical performed in Detroit at The Historical Gem & Century Theatre, producer: TOC. [8 pages with Age Test]  GEM54-61 | T |
| 73 | 100 | | | | Playbill for the musical Menopause The Musical performed at the Darren Adventure Theatre, Orlando Science Center, in Orlando, FL in 2004, producer: TOC.  [16 pages with Age Test]  DEF525-533  Londre Depo. Ex. Def.21; Grant Depo Ex. TOC4;  Miller Depo Ex.1 | |
| 74 | 101 | | | | Playbill for the musical Menopause The Musical performed at the John Rita Lowndes Shakespeare Center, Margeson Theatre in Orlando, FL during the period of April - June, 2003, producer: TOC.  [24 pages with Age Test]  DEF512-524  Londre Depo. Ex. Def.32; Clouse Depo Ex.TOC21; Grant Depo Ex. TOC21; Lenders Depo Ex.9; Miller Depo Ex.6 | |
| 76 | 102 | | | | Playbill for the musical Menopause The Musical performed at Cuillo Center for the Arts in West Palm Beach, FL during Fall 2002, producer Theater/TOC.  [32 pages with Age Test]  DEF539-555  Londre Depo. Ex. Def.33; Gardner Depo Ex. Plt14. | |
| 78 | 103 | | | | Playbill for Menopause the Musical performed at Darden Adventure in Orlando, producer: Linders.  [8 pages with Age Test]    DEF32-36 Londre Depo. Ex. Def.20 | |
| 80 | 104 | | | | Playbill for Menopause the Musical performed in Charlotte, NC., producer: TOC.  [8 pages with Age Test] DEF157-161 Londre Depo. Ex. Def.11 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 82 | 105 | | | | Playbill for Menopause the Musical at The Historic Gem & Century Theatre in Detroit, MI., producer: TOC. [8 pages with Age Test] DEF213-217 Londre Def. Depo Ex. 17 | |
| 83 | 106 | | | | Playbill for MTM from The Historic Gem & Century Theatre, Detroit, MI, producer: TOC. [8 pages with Age Test] DEF763-770 Londre Depo. Ex. Def.17a; Linders Depo Ex.18; Miller Depo Ex.3 | |
| 84 | 107 | | | | Playbill for the musical Menopause The Musical performed at the American Cabaret Theatre in Indianapolis, IN., producer: TOC. [8 pages with Age Test] DEF319-323 Londre Def. Depo Ex. 18 | |
| 85 | 108 | | | | Playbill for the musical Menopause The Musical performed at the Coronet Theatre in Los Angeles, CA., producer: TOC-LA. [8 pages with Age Test] DEF408-412 Londre Def. Depo Ex. 19 | |
| 86 | 109 | | | | Playbill for the musical Menopause The Musical performed at the Marcus Center/Vogel Hall in Milwaukee, WI., producer: TOC. [8 pages with Age Test] DEF413-417 Londre Def. Depo Ex. 19a | |
| 88 | 110 | | | | Playbill for the musical Menopause The Musical performed as part of the Menopause the Musical Aging Out Loud Tour in Washington, DC during 2006, producer: TOC. [12 pages with Age Test] DEF556-562 Londre Depo. Ex. Def.34 | |
| 90 | 111 | | | | Playbill for Menopause the Musical performed at the E. 14th Street Theater in Cleveland, OH., producer: theater. [50 pages with Age Test] DEF167-191 Londre Depo. Ex. Def.13; A. Gist Depo. Ex.Plt6; Linders Depo. Ex.12. | |
| 92 | 112 | | | | 10/13/04 Playbill for Menopause the Musical performed at Society Hill Playhouse in Philadelphia on 10/13/04, producer: the Glists, the Greenblatts, the Cuillos in association with TOC, Society Hill Playhouse and Phillip Roger Roy. [18 pages with Age Test] DEF0046-DEF0054 Gardner Depo. Ex.Plt16; Linders Depo Ex. 4 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 93 | 113 | | | | 10/13/04 Playbill for Menopause the Musical performed at Society Hill Playhouse in Philadelphia on 10/13/04, producer: the Glists, the Greenblatts, the Cuillos in association with TOC, Society Hill Playhouse and Phillip Roger Roy.  [16 pages with Age Test] DEF0037-DEF0045 Londre Depo. Ex. Def.23 composite DEF37-54; Gardner Depo. Ex. Plt15; Linders Depo Ex. 5 | |
| 94 | 114 | | | | Playbill (2004) of MTM performed at Society Hill Playhouse, Philadelphia, PA., with Advertising Rate sheet, producer: TOC.  [16 pages with Age Test]  Londre Depo. Ex. Def.48. | R, A |
| 95 | 115 | | | | 9/17/07 note from L. Londre to W. Pollack with MTM program at Syracuse Stage for 6/19-7/29 / 2006 – 2007 season,  Stages program used at Society Hill Playhouse in 2004, producer: the Glists, the Greenblatts, the Cuillos in association with TOC, Society Hill Playhouse, and Phillip Roger Roy. [16 pages with Age Test]  Londre Depo. Ex. Def.63 composite. | |
| 96 | 116 | | | | Playbill for MTM, Stages, Society Hill Playhouse, Philadelphia, PA., producer: the Glists, the Greenblatts, the Cuillos  in association with TOC, Society Hill Playhouse, and Phillip Roger Roy.  [16 pages with Age Test];  Program for MTM at Syracuse Stage, 6/19 – 7/29 / 2006-2007 season, producer: theater. [64 pages with Age Test]  Londre Depo. Ex. Def.57 composite. | |
| 97 | 117 | | | | 1/10/06 Playbill for the musical Menopause The Musical performed at Theater 4301in Scottsdale, AZ on 1/10/06, producer: Entertainment Events and TOC. [24 pages; no page numbers; with Age Test] DEF0563-DEF0575  Londre Depo. Ex. Def.25 | |
| 98 | 118 | | | | 3/21/06 Playbill for Menopause the Musical performed at the Playhouse at West Port Plaza in St. Louis on 3/21/06, producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC. [28 pages;  no page numbers with Age Test] DEF0093-DEF0107  Londre Depo. Ex. Def.27; A. Gist Depo. Ex.Plt3 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 99 | 119 | | | | Playbill for Menopause the Musical performed at the 14th Street Playhouse at the Woodruff on 5/11/05, producer: Gfour, the Cuillos in association with TOC. [24 pages with Age Test] DEF0001-DEF0013 Londre Depo. Ex. Def.9; A. Gist Depo. Ex.Plt5; Linders Depo Ex. 3 | |
| 100 | 120 | | | | 5/11/05 Playbill for Menopause the Musical performed at the 14th Street Playhouse at the Woodruff on 5/11/05, producer: Gfour, the Cuillos in association with TOC. [24 pages with Age Test] DEF0108-DEF0120 A. Gist Depo. Ex. Plt2 | |
| 102 | 121 | | | | Playbill for MTM at Society Hill Playhouse in Philadelphia, PA., producer: Gfour, the Glists, the Greenblatts in association with TOC. [8 pages w/o Age Test] DEF1962-1969 | |
| 103 | 122 | | | | Playbill for Menopause the Musical at The New Denver Civic Theatre in Denver, CO. , producer: TOC. [12 pages with Age Test] DEF201-207 Londre Def. Depo Ex. 16 | |
| 104 | 123 | | | | 9/24/05 Playbill for Menopause the Musical performed at the ACT theatre in Seattle on 9/24/05, producer: Gfour, the Cuillos in association with TOC. [24 pages, no page numbers; with Age Test] DEF0069-DEF0092 Londre Depo. Ex. Def.26; A. Gist Depo Ex. Plt4; Grant Depo Ex. TOC5; Clouse Depo. Ex.Jargon3; Grant Depo. Ex.Jargon3 | |
| 105 | 124 | | | | 9/17/07 letter from L. Londre to W. Pollack with MTM programs from Syracuse Stage and from Society Hill. | T, R, H |
| 107 | 125 | | | | Playbill for the musical Menopause The Musical performed at the Strand Capital Performing Arts Center in York, PA on 9/23/03, producer: Entertainment Events, Inc. and TOC. [98 pages with Age Test] DEF324-374 Londre Depo. Ex. Def.30 | |
| 108 | 126 | | | | Playbill, Tampa Bay Performing Acts, with age test, as attachment to Declaration of John Thornton in Summary of Plaintiff's Motion for Partial Summary Judgment filed 11/15/07 | |
| 109 | 127 | | | | Playbill, Syracuse Stage, June 19 - July 29 of 2006 - 2007 season, 2nd printing, without age test. [Coles depo #9] | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 111 | 128 | | | | Playbill for 2007 Menopause the Musical at Scott Recital Hall in Omaha, Nebraska, producer: TOC. [4 pages; no page numbers; w/o Age Test] OPA1-1.03 | A, T, H |
| 112 | 129 | | | | Playbill for Menopause the Musical (location unknown), producer: TOC. [5 pages w/o Age Test] DEF196-200 Linders Depo. Ex.21; Miller Depo Ex.16 | |
| 113 | 130 | | | | Playbill for Menopause the Musical performed in Grand Rapids, Mi, Saginaw, MI, East Lansing, MI and Toledo, OH during the Winter Tour 2007, TOC producer. [4 pages; no page numbers; w/o Age Test] DEF14-17 | |
| 114 | 131 | | | | Playbill for Menopause the Musical performed at the Capital Center for the Arts in Concord, NH, producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF192-195 | |
| 115 | 132 | | | | Playbill for Menopause the Musical at The Temple for Performing Arts in Des Moines, Iowa., producer: TOC. [8 pages w/o Age Test] DEF208-212 | |
| 116 | 133 | | | | Playbill for MTM from Turing Stone Resort & Casino in Verdona, NY, producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1561-1564 | |
| 117 | 134 | | | | Playbill for MTM from John d. Archbold Theatre in Syracuse, NY, producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1565-1568 | |
| 118 | 135 | | | | Playbill for MTM from The Geva Theatre in Rochester, NY , producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1569-1572 | |
| 119 | 136 | | | | Playbill for MTM from Barrow-Civic theatre in Franklin, PA. producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1614-1617 | |
| 120 | 137 | | | | Playbill for MTM from CityStage in Springfield, MA., producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1618-1621 | |
| 121 | 138 | | | | Playbill for MTM from The Ogunquit Playhouse in Ogunquit, ME, producer: TOC. [4 pages; no page numbers; w/o Age Test] DEF1642-1645 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 122 | 139 | | | | Playbill for MTM from Fort Pierce, FL 2007, producer: TOC. [4 pages; no page numbers; w/o Age Test]   DEF1654-1657 | |
| 123 | 140 | | | | Playbill for MTM from Merrimack Hall Performing Arts Center in Huntsville, AL., producer: TOC.  [4 pages; no page numbers;  w/o Age Test]  DEF1658-1661 | |
| 124 | 141 | | | | Playbill for MTM from Fall Tour - 2007 {Harrisburg, PA; Easton, PA; Scranton, PA; Binghamton, NY; Woonsocket, RI; Northampton, MA; Lowell, MA; Concord, NH}, producer: TOC.  [4 pages; no page numbers; w/o Age Test]    DEF1662-1665 | |
| 125 | 142 | | | | Playbill for MTM from Fall Tour - 2007 {Saginaw, MI; Port Huron, MI; East Lansing, MI; Grand Rapids, MI; Sandusky, OH; Toledo, OH; Franklin, PA; Canton, OH; Charleston, WV}, producer: TOC. [four pages; no page numbers; w/o Age Test]    DEF1666-1669 | |
| 126 | 143 | | | | Playbill for MTM from Overture Center for the Arts - Capitol Theater, 3/6 - 18/07, in Madison, WI., producer: TOC. [32 pages w/o Age Test]  DEF1750-1781 | |
| 127 | 144 | | | | Playbill for MTM from The Grand 1894 Opera House in Galveston, TX., producer: TOC.  [4 pages; no page numbers w/o Age Test]   DEF1798-1801 | |
| 128 | 145 | | | | Playbill for MTM from Cuillo Centre for the Arts in West Palm Beach, FL., producer: TOC.  3/07  [8 pages w/o Age Test]   DEF1802-1809 | |
| 129 | 146 | | | | Playbill for MTM from Capitol Center for the Arts in Concord, NH.,  10/06, producer: TOC.  [4 pages; no page numbers w/o Age Test]   DEF1810-1813 | |
| 130 | 147 | | | | Playbill for MTM from The Plaza Theatre in Orlando, FL., 9/06, producer: TOC.  [8 pages w/o Age Test]    DEF1814-1821 | |
| 131 | 148 | | | | Playbill for MTM from The Plaza Theatre in Orlando, FL., 2/07, producer: TOC.  [8 pages w/o Age Test]    DEF1822-1829 | |
| 132 | 149 | | | | Playbill for MTM from The Plaza Theatre in Orlando, FL., 4/06, producer: TOC.  [8 pages w/o Age Test]    DEF1830-1837 | |
| 133 | 150 | | | | 9/26/06 Playbill for MTM from Eichelberger Performing Arts Center in Hanover, PA., producer: TOC. [20 pages; w/o Age Test] DEF1662-DEF1641 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 134 | 151 | | | | 5/16/04 Playbill for the musical Menopause The Musical performed at the Hot Springs Civic & Convention Center Horner Hall in Hot Springs, AR on 5/16/2004, producer: TOC. [8 pages w/o Age Test] DEF0314- DEF 0318 | |
| 135 | 152 | | | | 9/27/06 Playbill for the musical Menopause The Musical performed at the Center for the Arts, in Easton, PA on 9/27/2006, producer: theater and TOC. [97 pages; w/o Age Test] DEF0218-DEF0314 | |
| 136 | 153 | | | | Playbill for MTM from State Theatre in Easton, PA., producer: TOC. 9/27 - 10/1/06 [96 pages w/o Age Test] DEF1846-1941 | |
| 137 | 154 | | | | ME magazine, March/April 2007 issue. OPA2-2.67 | H, R, T |
| 138 | 155 | | | | Playbill for MTM from Times Union in Jacksonville, FL, producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC. [8 pages w/o Age Test]    TUC9-16 | T |
| 139 | 156 | | | | Playbill for MTM from Times Union in Jacksonville, FL, producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC.  [8 pages w/o Age Test] TUC1-8    Miller Depo Ex.4 | |
| 140 | 157 | | | | Playbill for MTM from Syracuse Stage (Jun 19 - Jul 29, 2007) in Syracuse, NY., producer: theater. [64 pages w/o Age Test] DEF1670-1733 | |
| 141 | 158 | | | | 5/31/06 Playbill for Menopause the Musical performed in Portland Center for Performing Arts in Portland, OR on 5/31/06,  producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC. [18 pages w/o Age Test] DEF0055-DEF0063 | |
| 142 | 159 | | | | 2/23/06 Playbill for Menopause the Musical performed in Las Vegas 2/23/06, producer: Gfour, the Cuillos in association with TOC.  [18 pages w/o Age Test] DEF0023-DEF0031 | |
| 143 | 160 | | | | Playbill for the musical Menopause The Musical performed at the Long Wharf Theatre in New Haven, CT., producer: Gfour, the Greenblatts, the Cuillos in association with TOC. [16 pages w/o Age Test]  DEF418-426 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 144 | 161 | | | | Playbill for MTM from Carver Theatre in Birmingham, AL., producer: Gfour, the Cuillos in association with TOC. [16 pages w/o Age Test]   DEF1782-1797 | |
| 145 | 162 | | | | Playbill for MTM from Time-Union in Jacksonville, FL., producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC.  [8 pages w/o Age Test]   DEF1838-1845 | |
| 146 | 163 | | | | 5/31/06 Playbill for MTM from Portland Center for the Performing Arts Dolores Winningstad Theatre in Portland, OR, producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC. [8 pages no page numbers; w/o Age Test] DEF1950-DEF1957 | |
| 147 | 164 | | | | 5/31/06 Playbill for MTM performed at Portland Center for Performing Arts in Portland, Oregon, producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC. Opening Night 5/31/06.  {8 pages w/o the Age Test} PCP000001-PCP000008  A. Gist Depo. Ex.Plt8 | |
| 148 | 165 | | | | 9/27/06 Playbill for Menopause the Musical performed in Jacksonville, Fl., producer: Gfour, the Glists, the Greenblatts, the Cuillos in association with TOC.  9/27/06 [8 pages w/o Age Test] DEF0018-DEF0022 | |
| 149 | 166 | | | | 4/14/04 Playbill for Menopause the Musical performed at the Stuart Street Playhouse in Boston, MA on 4/14/04, producer: the Glists, the Greenblatts, the Cuillos in association with TOC.   [50 pages w/o Age Test] DEF0132- DEF0156 K. Gist Depo Ex.Plt17; Linders Depo. Ex. 6 | |
| 150 | 167 | | | | Playbill for MTM from the Robert and Lorena Jaeb Theater in Tampa FL for June/July 2007, producer: theater.  [pages 12 - 19 w/o Age Test]  DEF1606-1613 | |
| 151 | 168 | | | | Playbill for the musical Menopause The Musical performed at Playhouse 91 in NY, NY in 2006, producer: theater.  [74 pages w/o Age Test]   DEF432-468 | |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 152 | 169 | | | | Playbill for the Menopause musical presented at the Malts Jupiter Theatre, Jupiter, FL., producer: TOC.  Page 6 has the "Take the Age Test" with notation "Attribution by Baby Boomer Head Quarters -- WWW.BBHQ.COM".  Quiz has 24 questions. [8 pages with Age Test] JJT441-448   Clouse Depo Ex. Jargon2; Clouse Depo Ex. TOC16; Grant Depo Ex.TOC 16; Thornton Depo Ex.24. | |
| 153 | 170 | | | | Playbill for MTM from Maltz Jupiter Theatre in Jupiter, FL., producer: TOC. [8 pages; no page numbers; with Age Test] DEF1646-1653 | |
| 154 | 171 | | | | Playbill for MTM from Maltz Jupiter Theatre, Jupiter, FL., producer: TOC. Page 6 has the "Take the Age Test" with notation "Attribution by Baby Boomer Head Quarters -- WWW.BBHQ.COM" [8 pages with Age Test]   DEF755-762 Linders Depo Ex.19 | |
| 155 | 172 | | | | Playbill for MTM from Theatre 39, San Francisco, producer: TOC. [8 pages with Age Test]  DEF747-754 | |
| 156 | 173 | | | | Box Office Reports   DEF1011 -1058 | R |
| 157 | 174 | | | | 11/29/06 Defendant's Disclosures Pursuant to Rule26(a)(1) of the Federal Rules of Civil Procedure | R |
| 158 | 175 | | | | 2/7/07 Defendants' Response to Plaintiff's First Set of Interrogatories | R |
| 159 | 176 | | | | 2/8/07 Defendants' Amended Response to Plaintiff's First Set of Interrogatories | R |
| 160 | 177 | | | | 5/17/07 Defendants' First Supplemental Responses to Plaintiff's First Set of Interrogatories | R |
| 161 | 178 | | | | 8/8/07 Defendants' Second Supplemental Responses to Plaintiff's First Set of Interrogatories | R |
| 162 | 179 | | | | 9/24/07 TOC's Responses to Plaintiff's First Set of Interrogatories | R |
| 164 | 180 | | | | 10/15/07 Defendants' Third Supplemental Responses to Plaintiff's First Set of Interrogatories | R |
| 165 | 181 | | | | 11/1/07 Defendants' Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories | R |
| 168 | 182 | | | | Cost Analysis Part 1, Syracuse Stage, summer 2006.  [Coles depo #29] | R |

Key to Objections                                                                        18
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 169 | 183 | | | | Cost Analysis Part 2, Syracuse Stage, summer 2006.  [Coles depo #30] | R |
| 170 | 184 | | | | Cost Analysis, Syracuse Stage, 2007. [Coles depo #31] | R |
| 171 | 185 | | | | Detroit Ticket Sales Breakdown charts for March 2004 - December 2006.    GEM94-95 | A, T, H |
| 172 | 186 | | | | 12/18/06 Sales Report indicating $1,284,036.96 for Total Sales. GEM000076-GEM000093 | A, T, H |
| 173 | 187 | | | | 5/8/07 Daily Sales Report V2, Ticket Omaha Box Office Sales. Spreadsheet indicating amounts for tickets sold and proceeds. Gross minus facility rent = net Gross of $296,532.50 for run of play MTM from 3/1/07 thru 4/7/07. OPA00098 | A, T, H |
| 174 | 188 | | | | Merchandise Settlement Sheet indicating Net Sales amount and Omaha Performing Arts commission on the sale of Menopause the Musical merchandise.   OPA97 | A, T, H |
| 175 | 189 | | | | 4/26/07 Transaction Detail by Account spreadsheet by TOC Productions for the year of 2004.  Total amount $46,450.00. DEF1008  Linders Depo Ex.22 | R |
| 176 | 190 | | | | 4/26/07 Transaction Detail by Account spreadsheet by TOC Productions for the year of 2005.  Total amount $0.00. DEF1009    Linders Depo Ex.22 | R |
| 177 | 191 | | | | 9/24/07 TOC Transaction Detail by Account: January through December 2004, Receipts - Program Ad total $1,237.07. DEF1059  Clouse Depo. Ex. TOC20; Grant Depo. Ex.TOC20 | R |
| 178 | 192 | | | | 9/24/07 TOC Transaction Detail by Account: January 1 , 2004 through September 24, 2007, Due From Advertisers total $0.00. DEF1060  Clouse Depo Ex.TOC20; Grant Depo. Ex.TOC20 | R |
| 179 | 193 | | | | 9/24/07 TOC Transaction Detail by Account: January through December 2004, Receipts - Program Ads  total $46,450.00. DEF1061  Clouse Depo Ex.TOC20;  Grant Depo. Ex.TOC20 | R |
| 180 | 194 | | | | 9/24/07 TOC Transaction Detail by Account: January through December 2005, Receipts - Program Ads  total $0.00. DEF1062  Clouse Depo Ex.TOC20; Grant Depo. Ex.TOC20 | R |

Key to Objections                                    19
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 181 | 195 | | | | 1/16/04 Category Detail Report (includes gross sales) from 1/1/03 through 12/31/03. DEF1948 – 1949 | R |
| 182 | 196 | | | | 5/27/07 Terms of Agreement with Syracuse Stage. [Coles depo #15] | |
| 183 | 197 | | | | 5/18/06 Terms of Agreement with Syracuse Stage. [Coles depo #16] | |
| 184 | 198 | | | | 5/18/08 Terms of Agreement with Syracuse Stage. [Coles depo #17] | |
| 185 | 199 | | | | 7/20/05 Actors' Equity Association Special Agreement - Menopause the Musical. Expires 4/27/07 DEF1556-DEF1560 | |
| 188 | 200 | | | | 3/16/04 GEM Theatre License Agreement between Forbes Management, Inc. and TOC Productions, Inc. GEM000009-GEM000021  Grant Depo Ex.TOC11 | |
| 189 | 201 | | | | 8/13/06 Performance-Event License Agreement between Omaha Performing Arts Society and TOC Productions, executed.  OPA00004-OPA00016  Grant Depo. Ex.TOC15 | |
| 190 | 202 | | | | Trade Customs of the Printing Industry of North America.   DEF1947 | R |
| 191 | 203 | | | | 11/06 TOC Productions, Inc. Company Employee Manual.  Grant Depo. Ex. TOC 6 | R |
| 192 | 204 | | | | 7/2/07 email from J. Grant to D. Coles on subject: Urgent!.  DEF1945 | R |
| 193 | 205 | | | | 7/3/07 email from D. Coles to J. Grant on subject: RE: Urgent!.  DEF1946 | R |
| 194 | 206 | | | | 9/8/06 e-mail from P to J. Ruffner; J. Poland on subject RE: Little more detail here.   Gardner Depo Ex.Plt13 | R |
| 195 | 207 | | | | 4/24/06 email exchange between Marti Miller and LeeAnn Day  on subject: Re: MTM Tampa Program. DEF1004-DEF1007  Miller Depo Ex.8 | R |
| 196 | 208 | | | | 9/14/06 email to J. Linders from M. Miller on subject: Printed programs by TOC. DEF0986   Miller Depo Ex.11 | R |
| 197 | 209 | | | | 01/22/07 email from B. Harlan to M. Miller on subject: Program Count. DEF1010   Clouse Depo Ex.TOC19; Grant Depo Ex.TOC19; Linders Depo Ex.25; Miller Depo Ex.12 | |
| 198 | 210 | | | | 5/25/07 e-mail string between Legalpt@aolcom and D. Wasylik on subject: Obtaining Archived emails on behalf of a member DEF1960-DEF1961 | R, P |

Key to Objections

20

* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 199 | 211 | | | | 7/29/05 email from S. Myers to MenopauseMarti on subject: New Playbills. GEM000062 | R, A, T, H |
| 200 | 212 | | | | 7/18/05 email from S. Myers to MenopauseMarti on subject: Detroit Playbill Update.  GEM000063 | R, A, T, H |
| 201 | 213 | | | | 4/22/05 email string  between S. Myers and Menopause@aol on subject: Detroit Playbills.   GEM000064-GEM000066 | R, A, T, H |
| 202 | 214 | | | | 4/26/05 email string between S. Myers and Kim Whitehurst on subject: RE: Cast Group Photos, Head Shots & Bios. GEM000067-GEM000069 | R, A, T, H |
| 203 | 215 | | | | 4/8/05 Email, from S. Myers to MenopauseMarti on subject: Detroit Playbills.  GEM000070 | R, A, T, H |
| 204 | 216 | | | | 8/16/06 email exchange between S. Myers and West Metro-Nick; West Metro Printing on subject: RE: More Menopause The Musical Programs.  GEM000071 | R, A, T, H |
| 205 | 217 | | | | 8/9/06 email from S. Myers to West Metro-Nick; West Metro Printing on subject: Menopause The Musical Projects. GEM000072 | R, A, T, H |
| 206 | 218 | | | | 6/6/06 email exchange between S. Myers and Menopause Marti on subject: RE: Detroit MTM Playbill. GEM000073-GEM000074 | R, A, T, H |
| 207 | 219 | | | | 6/6/06 email exchange between S. Myers and Menopause Martin subject: RE: Detroit MTM Playbill.  Scott Myers provides the printer name, West Metro, and their quote of $1,719.72. Also states 12,000 printed the same as current playbill. GEM000075 | R, A, T, H |
| 208 | 220 | | | | 12/19/06 letter to E. Hurt of Omaha Performing Arts Society from J. Grant TOC Productions.  OPA00003   Grant Depo Ex.TOC15 | R, T, H |
| 209 | 221 | | | | 3/8/07 email to E. Hurd from J. Grant stating she will call tomorrow to review the settlement, the legal document is not applicable to Hurd and the use of interpreters. OPA0018   Grant Depo Ex.TOC13 | R, T, H |
| 210 | 222 | | | | 2/21/07 email string between A. Reeves and J. Secunda and E. Hurd on subject: RE: Cash for per diems - out of box office? OPA00019-OPA00020 | R, A, T, H |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 211 | 223 | | | | 2/16/07 email from J. Grant to Ed Hurd asking to agree to her normal merchandise deal which is 80/20 venue sells, collects and remits taxes. OPA00021 | R, T, H |
| 212 | 224 | | | | 2/13/07 email from J. Grant to E. Hurd stating she will provide Production Stage Manager, Daniel LeMein, to run the lightboard, ASM/props, James Mitchell and Deck/Wardrobe, Michael Horn. OPA00022 | R, T, H |
| 213 | 225 | | | | 12/6/06 email string between E. Hurd and J. Grant on Subject: RE: IATSE?. OPA00023-OPA00025 | R, T, H |
| 214 | 226 | | | | 2/14/07 email string between G. Mixan and E. Hurd on Subject: RE: Menopause the Musical cast/crew apartments. OPA00026-OPA00027 | R, A, T, H |
| 215 | 227 | | | | Email from J. Grant to E. Hurd, on subject: Menopause the Musical Lighting - Omaha. OPA28-29. | R, T, H |
| 216 | 228 | | | | 2/11/07 email string between J. Grant and E. Hurd on subject: Addition to Omaha housing.  Discussion among Hurd and Grant about rental of apartments for the housing of the production employees. {Note: only pages 1 and 2 of a 4 page email} OPA00030-OPA00031 | R, T, H |
| 217 | 229 | | | | 2/22/07 email string between A. Bizelle and S. Wilson on subject: RE: Need a radio station for promotion. OPA00032-OPA00033 | R, A, T, H |
| 218 | 230 | | | | 2/22/07 email string between J. Grant and E. Hurd on subject: RE: Cash for per diems - out of box office?  OPA00034-OPA00035 | R, T, H |
| 219 | 231 | | | | 2/8/07 email string between S. Wilson and E. Hurd on subject: RE: We need help!. Discuss about the theater's marketing department's help in promoting the play since out of 13,500 seats only  1,250 tickets have been sold. OPA00036-OPA00037 | R, A, T, H |
| 220 | 232 | | | | 2/17/07 email from J. Grant to E. Hurd on subject: Cash for per diems - out of box office?.  OPA00038 | R, T, H |
| 221 | 233 | | | | 1/4/07 Email from J. Grant to E. Hurd on subject: FWD: Got the photos - more questions?  OPA00039-OPA00040 | R, T, H |

Key to Objections                                    22
* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 222 | 234 | | | | 1/4/07 email string between J. Grant and E. Hurd on subject: RE: Marketing/ticketing/on sale - Omaha!. Discussion about the seating capacity and seating chart. Ashleigh will be handling the marketing/advertising. Grant's graphic department will create the ads if Hurd's staff will place. OPA00051-OPA00044 | R, T, H |
| 223 | 235 | | | | 2/21/07 Email from E. Hurd to J. Grant on the subject of RE: Omaha-Press night?. OPA00045 | R, T, H |
| 224 | 236 | | | | List of dates and times of the shows for the play Menopause the Musical. Date range from 3/1/07 - 4/7/07. OPA96 | R, A, T, H |
| 225 | 237 | | | | 8/17/07 demand letter from R. McCrea, Jr. to M. Miller re removal of documents from TOC. Miller Depo Ex.15 | R, UP |
| 226 | 238 | | | | 8/22/07 letter from M. Miller to R. McCrea, Jr. enclosing documents with FedEx air bill. Miller Depo Ex.16 | R, UP |
| 227 | 239 | | | | 7/14/08 email to D. Coles from J. Hudak on subject Fwd: 4/20/06 email from Marti Miller on subject: RE: Syracuse Program. [Coles depo #3] | |
| 228 | 240 | | | | 7/14/08 email to D. Coles from J. Hudak on subject Fwd: 4/20/06 email to J. Hudak from David Akins subject: Syracuse Program. [Coles depo #4] | |
| 229 | 241 | | | | 10/12/07 email string to Dineen Wasylik from D. Coles subject RE: Fwd: Syracuse Stage response to TOC: Re: URGENT!. [Coles depo #10] | R |
| 230 | 242 | | | | 5/10/07 email string to Kebass@syr.edu, cc: D. Coles, from J. Grant subject: Program, with attached program. [Coles depo #11] | R |
| 231 | 243 | | | | 5/7/07 email string to J. Grant from D. Coles subject: RE: Program Information ?. [Coles depo #12] | R |
| 232 | 244 | | | | 5/10/07 email string to Kyle Bass, J. Hudak, Joe Whelan from D. Coles subject Fwd: Program forwarding program from TOC. [Coles depo #13] | R |
| 233 | 245 | | | | 4/18/06 email string to J. Grant from D. Coles subject RE: Program Billing and Credits - Syracuse. [Coles depo #18] | R |
| 234 | 246 | | | | 10/12/07 email string to Dineen Wasylik from D. Coles subject RE: Fwd: 2007 Syracuse Program. [Coles depo #19] | R |

Key to Objections             23
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|-----|-----------------|-----------------|---------------|---------|-------------|------------|
| 235 | 247 | | | | 10/12/07 email string to D. Coles from D. Wasylik subject RE: FW: 2007 Syracuse Program. [Coles depo #20] | R |
| 236 | 248 | | | | 10/12/07 email to D. Coles from D. Wasylik subject: Declaration of Diana Coles, with attached first draft of declaration. [Coles depo #21] | R |
| 237 | 249 | | | | 10/12/07 email to D. Coles from D. Wasylik subject: Declaration of Diana Coles, with attached second draft of declaration. [Coles depo #22] | R |
| 238 | 250 | | | | 10/12/07 email to D. Wasylik from D. Coles subject: Declaration of Diana Coles. [Coles depo #23] | R |
| 239 | 251 | | | | 10/12/07 email to D. Wasylik from D. Coles subject: Revised Declaration of Diana Coles, with attached final draft declaration. [Coles depo #24] | R |
| 240 | 252 | | | | 10/12/07 fax cover sheet to D. Wasylik from D. Coles faxing signed declaration with said declaration. [Coles depo #25] | R |
| 241 | 253 | | | | 10/12/07 email string to D. Wasylik from D. Coles subject: FWD: Email from TOC URGENT? Forwarding 7/2/07 email from J. Grant which states Age Test cannot be in the program. [Coles depo #26] | R |
| 242 | 254 | | | | 10/12/07 email to D. Wasylik from D. Coles subject: Fwd: Syracuse Stage Response to TOC: RE: URGENT! Forwarding 7/3/07 D. Coles reply email to J. Grant that states she instructed House Manager to remove test. [Coles depo #27] | R |
| 243 | 255 | | | | 2006 Syracuse Program to Marketing Dept. [Coles depo #28] | R, H |
| 244 | 256 | | | | Facts about the Syracuse Stage audience, 2007-2008 Contract and Rate Sheet, Playbill Advertisement Deadlines. Londre Depo. Ex. Def.5 | A, H, R |
| 245 | 257 | | | | Press Release for "Menopause the Musical" titled "HRT Not an Issue with National Hit." Londre Depo. Ex. Def.65 | H, R |
| 246 | 258 | | | | 4/20/07 Index page and Contact page from website of www.menopausethemusical. Londre Depo. Ex. Def.59 | |
| 248 | 259 | | | | Fact sheet about Syracuse Stage; 2007 - 2008 contract rate sheet; Playbill Advertisement Deadline schedule. [Coles depo #8] | R |

Key to Objections        24

* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 249 | 260 | | | | Declaration of D. Coles, executed and filed. [Coles depo #2] | |
| 250 | 261 | | | | 3/15/07 Script of the play Menopause The Musical, Book and Lyrics by Jeanie Linders. Copyright PAU2-545-888 OPA00046-OPA00095 | |
| 251 | 262 | | | | 6/21/07 Declaration of J. Linders in Support of Defendants' Opposition to Plaintiff's Motion to Compel Interrogatory Answers and Document Production and Memorandum of Law in Support.   Linders Depo. Ex. 2 | |
| 252 | 263 | | | | 2/5/07 Insurance Certificate indicating coverage for insured TOC Productions and Omaha Performing Arts during the shows of March 02, 2007 - April 07, 2007. OPA00017 | R, T, Rule 411, A, H |
| 253 | 264 | | | | 9/15/07 MTM List of Corporate Staff Linders Depo. Ex. 1 | |
| 254 | 265 | | | | 9/15/07  MTM Contact Us webpage. Linders Depo. Ex. 11 | |
| 255 | 266 | | | | 9/27/07 Print from menopausethemusical.com main page listing corporate staff. DEF1225 | |
| 256 | 267 | | | | A. Gist handwritten list of cities re programs.    A. Gist Depo. Ex. Plt.9. | A, Cum. |
| 257 | 268 | | | | Magazine titled FootLights, early spring 2007 issue, Madison, WI.   DEF1734-1749 | |
| 258 | 269 | | | | Parts of text/contents i.e. credits; list of cast, summary of story of play etc. of a playbill, producer: TOC. DEF1589-1605 | |
| 259 | 270 | | | | Parts of text/contents i.e. credits; list of cast, summary of story of play etc. of a playbill, producer: TOC.  DEF1573-1588 | |
| 260 | 271 | | | | Verified Complaint in J. Jargon v. Entertainment Events, 2/26/04 | T, R |
| 262 | 272 | | | | Corporation information on TOC Productions, Inc. from website of FL Secretary of State | R |
| 263 | 273 | | | | 2008 Annual Report of TOC Productions, Inc. filed with FL Secretary of State | R |
| 264 | 274 | | | | Corporation information on J. Jargon printed from website of FL Secretary of State | R |
| 265 | 275 | | | | Incorporation of J. Jargon filed with FL Secretary of State | R |
| 266 | 276 | | | | 2008 Annual Report of J. Jargon filed with FL Secretary of State | R |

Key to Objections
* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary.  A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
| 267 | 277 | | | | Corporation information on TOC Entertainment and Marketing, Inc. from FL Dept of State | R |
| 268 | 278 | | | | Incorporation of TOC Entertainment and Marketing, Inc. filed with FL Secretary of State | R |
| 269 | 279 | | | | 2008 Annual Report of TOC Entertainment and Marketing, Inc. filed with FL Secretary of State | R |
| 270 | 280 | | | | Corporation information on YAC Productions, Inc. printed from website of FL Secretary of State | R |
| 271 | 281 | | | | Incorporation of YAC Productions filed with FL Secretary of State | R |
| 272 | 282 | | | | 2007 Annual Report of YAC filed with FL Secretary of State | R |
| 273 | 283 | | | | Corporation information on TOCLA from California Secretary of State | R |
| 274 | 284 | | | | Printers Invoices DEF1062-1299 | R |
| 275 | 285 | | | | 8/10/06 Certificate of Registration of The Official Baby Boomer Qualifying Exam, effective 8/10/06, with The Official Baby Boomer Exam. (29 questions) Thornton Depo Ex.10; Thornton Declaration Ex. 6 | R, * |
| 276 | 286 | | | | 9/20/99 Letter from J. Thornton to Library of Congress attaching copy of The Official Baby Boomers Qualifying Exam (29 questions). JJT416-419 Thornton Depo Ex.5 | C |
| 277 | 287 | | | | 6/1/07 Certificate of Registration of The Official Baby Boomer Qualifying Exam with 1997 The Official Baby Boomer Qualifying Exam. (29 questions) Miller Depo Ex.13; Thornton Declaration Ex.7 | R, * |
| 278 | 288 | | | | 5/31/07 Application from M. Colitz to USCO to correct first publication date from June 1, 1995 to June 15, 1997. JJT0428-JJT0431 | R, * |
| 279 | 289 | | | | 8/10/06 Additional Certificate – USCO Certificate of Registration, # TX6-371-779 of Work Titled "The Official Baby Boomer Qualifying Exam," effective 8/10/06, provided to Colitz. (29 questions) DEF0974-DEF0978. Grant Depo Ex.TOC3 | R, * |

Key to Objections                                          26
* = Object that the material is only relevant to the extent that it exhibits material covered by
Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete;
Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay;
UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.

| Old | Trial Exhibit # | Date Identified | Date Admitted | Witness | Description | Objections |
|---|---|---|---|---|---|---|
|  | 290 |  |  |  | Demonstrative Trial Exhibit: An Enlargement of the Playbill for the Performance of the Musical at the E.14th Street Playhouse in Cleveland (Lon Depo. 14) |  |
|  | 291 |  |  |  | Demonstrative Trial Exhibit: An Enlargement of the Playbill for the Performance of the Musical at the Syracuse Stage (Lon Depo Ex.15) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31 , 2008 a true and correct copy of the foregoing was furnished via electronic mail to: **G. Donovan Conwell,** and **Dineen Wasylik** Conwell, Sukhia & Kirkpatrick, P.A., 2701 N. Rocky Point Drive, Suite 1200, Tampa, FL 33607 (fax# 813-282-8800); **Mark Goldstein**, Wolfe & Goldstein, P.A., 100 S.E. Second Street, Suite 3300, Miami, Florida 33131.

Respectfully submitted,

s/Michael J. Colitz, III
———————————————————

Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500 Fax: 813/229-0134

# 5762639_v1

* = Object that the material is only relevant to the extent that it exhibits material covered by Copyright Registration No. TX 6-371-779; A=Authenticity, C=Document not complete; Cum.=Cumulative; T=Document was not timely disclosed; R=Relevancy, H=Hearsay; UP=Unduly Prejudicial; P=Privileged; S=Summary. A blank indicates no objection.