# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN J. THORNTON  
(d/b/a Baby Boomer Headquarters)  
an individual  

    Plaintiff,

v.

J JARGON CO.,  
a Florida corporation,  
TOC PRODUCTIONS, INC.,  
a Florida corporation,  
JEANETTE C. LINDERS,  
an individual.  
    Defendant.

Case No. 8:06cv1640-T27 TGW

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, John J. Thornton, respectfully requests that this Court pose the following questions to the venire in addition to its regular inquiry:

1. Has anyone here ever download songs from websites such an iTunes® ?

2. Has anyone ever downloaded songs from websites that you did not pay for?

3. Is anyone here familiar with the term intellectual property? What is your understanding of that term?

4. Have you ever heard of or visited the Official Baby Boomer Headquarters website (www.bbhq.com)? Has anyone ever seen or heard of a trivia exam entitled the *Official Baby Boomer Qualifying Exam*?

5. Have you ever attended a performance of *Menopause the Musical*? Have you heard of it before? Have you ever visited the *Menopause the Musical* website (www.menopausethemusical.com)?

**Plaintiff also requests that the Court permit Plaintiff to pose the following questions (with follow up) to the venire:**

1. Does anyone have any media background such as in advertising, news media, publications, television, or radio?

2. Does anyone have an Internet or Computer background such as designing websites, online sales, or programming?

3. Do you regularly surf the Internet? If so, how often?

4. Do you regularly attend the theater, such as the Tampa Bay Performing Arts Center? How often? Did you get a playbill or program when you attended? Did you keep it after the performance?

5. Have you ever produced copyrighted materials, such as software, pictures, or essays? Have you ever written anything that has been published?

6. Has anyone here developed any ideas that they tried to protect? How did you try to protect them?

7. Have you ever obtained a patent or a trademark? If so, please explain.

8. Have you ever been involved in a situation, or do you know of a situation, where someone was accused of infringing a patent, trademark or copyright? If so, please explain.

9. Have you ever had a situation where someone took something from you and you caught them and then they tried to make excuses for having taken it? If so, please describe these situations.

CERTIFICATE OF SERVICE

I hereby certify that on November 16 , 2008 a true and correct copy of the foregoing was furnished via the CM/ECF system to: **G. Donovan Conwell,** and **Dineen Wasylik** Conwell, Sukhia & Kirkpatrick, P.A., 2701 N. Rocky Point Drive, Suite 1200, Tampa, FL 33607 (fax# 813-282-8800); **Richard Wolfe**, Wolfe & Goldstein, P.A., 100 S.E. Second Street, Suite 3300, Miami, Florida 33131.

Respectfully submitted,

s/Michael J. Colitz, III
———————————————

Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Tel: 813/227-8500 Fax: 813/229-0134

# 5810374_v1