UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

===============================================================================

CASE NO.  8:06-CV-1640-T-27TGW          DATE     November 21, 2008

TITLE   JOHN THORNTON vs. J JARGON CO., et al.

TIME  9:05 - 12:45 - 1:20 - 5:45          DAY    5    OF TRIAL

===============================================================================

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy:  Kathy Thomas
Court Reporter:  Linda Starr

===============================================================================

Attorney(s) for Plaintiff:              Attorney(s) for Defendant(s):

Michael Colitz                          George Conwell
Stephan Stein                           Dineen Wasylik
                                        Richard Wolfe

===============================================================================

PROCEEDINGS OF:  JURY TRIAL

Court called to order.

Defendant's witnesses:  Joanne Grant, Catherine Clouse.

Defendants rest.

Oral motion for directed verdict by Plaintiff - GRANTED AND DENIED IN PART.

Oral renewed motion for directed verdict by Defendants - GRANTED AND DENIED IN PART.

Charge Conference.

*Court orders lunch for the jury.

Recess for lunch.

Resume court.

Continuation of charge conference.

Closing argument by the Plaintiff.

Closing argument by the Defendants.

Rebuttal argument by the Plaintiff.

Court in recess until 11/24/2008 at 9:00.

*Copy to Jury Clerk.